## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LISA MURPHY
ADC #760343                                                                                          PLAINTIFF

V.                           NO: 3:06CV00217 JMM/HDY

LANDRETH *et al.*                                                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Walter Short's motion to dismiss (docket entry #51) is DENIED.

2. The United States Marshal is directed to serve a copy of the complaint (docket entry #2), and summons on Defendant Walter Short, with a return receipt requested, and delivery restricted to Defendant Walter Short himself, without prepayment of fees and costs or security therefor.

DATED this   13   day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE