**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LISA MURPHY
ADC #760343                                                                                              PLAINTIFF

V.                                       NO: 3:06CV00217 JMM/HDY

LANDRETH *et al.*                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendants Kaye Harris, Norris Watkins, Matt Vaughan, Steve Metcalf, Alfredia Hampton Muhammad, Marcia Ayers, Nora Hopkins, and Arlen Whitley (docket entry # 52) is GRANTED, and Plaintiff's claims against them are DISMISSED WITH PREJUDICE.

DATED this 11th day of January, 2008.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE