## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LISA MURPHY  
ADC #760343                                                                                               PLAINTIFF

V.                                  NO: 3:06CV00217 JMM/HDY

LANDRETH *et al.*                                                                                    DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Short's motion for summary judgment (docket entry #73) is GRANTED, and Plaintiff's claims against Short are DISMISSED WITH PREJUDICE.

DATED this 18th day of March, 2008.

_____  
UNITED STATES DISTRICT JUDGE