**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

LISA MURPHY
ADC #760343                                                                                                  PLAINTIFF

V.                                          NO: 3:06CV00217 JMM

LANDRETH *et al.*                                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.     IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's claims against Defendant Caleb Landreth are DISMISSED, and her complaint is DISMISSED WITH PREJUDICE.

2.     The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE