**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LISA MURPHY
ADC #760343                                                                                        PLAINTIFF

V.                          NO: 3:06CV00217 JMM

LANDRETH *et al.*                                            DEFENDANTS

## **JUDGMENT**

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this <u>28th</u> day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE